UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MALIK ZEESHAN AHMED (A-Number: 242-260-086),<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY,<br><br>Respondent. | Case No. 1:26-cv-2975-DC-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(ECF Nos. 5, 12, 13) |

Petitioner, an immigration detainee, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On May 29, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 13. Petitioner has filed objections to the findings and recommendations, and they have been considered by the undersigned. ECF No. 15. However, the undersigned agrees with the analysis in the findings and recommendations, which supports dismissing the pending petition due to Petitioner's failure to exhaust his administrative remedies. Indeed, Petitioner admits in a footnote in his objections that he "has not filed an appeal from the Immigration Judge decision denying his release on bond."

*Id.* at 2, n.1.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed May 29, 2026, ECF No. 13, are ADOPTED;
2. The petition for writ of habeas corpus, ECF No. 1, is DISMISSED without prejudice;
3. Respondent's motion to dismiss, ECF No. 5, is DENIED as moot;
4. Petitioner's motion for temporary restraining order, ECF No. 12, is DENIED as moot; and
5. The Clerk of the Court is ordered to enter judgment accordingly and close this case.

IT IS SO ORDERED.

Dated: **July 13, 2026**

Dena Coggins
United States District Judge